## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 16, 2016

David A. Koenigsberg
Menz Bonner Komar & Koenigsberg, LLP
444 MADISON AVE 39TH FL
NEW YORK, NY 10022

Dale James Morgado
Morgado, PA
1 ALHAMBRA PLZ PH FL
CORAL GABLES, FL 33134

Ira B. Silverstein
The Silverstein Firm
1515 MARKET ST STE 1200
PHILADELPHIA, PA 19102

Appeal Number: 16-10849-F
Case Style: Manuel Christiansen, et al v. Everglades College, Inc.
District Court Docket No: 0:12-cv-60185-WPD

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of *(2) days from this date, this appeal will be dismissed* by the clerk without further notice unless the default(s) noted below have been corrected:

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAYS FROM February 26, 2016.

Motion to consolidate has been filed. Briefing schedule rescinded in 15-15579. See 11th Cir. R. 12-1 and 31-1.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Gerald B. Frost/aw, F
Phone #: (404) 335-6182

Enclosure(s)

                                                          DIS-1 Deficiency